1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANTHONY ANTIONE BIRTHA,              )          NO. CV 13-7193-JSL (MAN)
                                          )
12                  Petitioner,           )
                                          )
13        v.                              )          JUDGMENT
                                          )
14   WARDEN LINDA McGREW,                 )
                                          )
15                  Respondent.           )
     _____ )
16

17

18        Pursuant to the Court's Order Dismissing Petition Without Prejudice,

19

20        IT IS ADJUDGED that this action is dismissed without prejudice.

21

22   DATED:            22 Jan. 2014            .

23

24                                        _____
                                                   J. SPENCER LETTS
25                                          UNITED STATES DISTRICT JUDGE

26

27

28